**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RASHID ISLAM,

    Defendant.
    /

No. C 13-00207 WHA

**ORDER REQUESTING GOVERNMENT RESPONSE**

*Pro se* defendant Rashid Islam has moved for a modification of his sentence pursuant to 18 U.S.C. 3582(c). Accordingly, the government is requested to please file a response thereto by **2:00 PM ON DECEMBER 12, 2014**.

**IT IS SO ORDERED.**

Dated: December 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE